134 A.3d 443

IN THE MATTER OF RAYMOND J. FARRELL, AN ATTORNEY
AT LAW (ATTORNEY NO. 014031980).

May 4, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–153, concluding on the record certified by the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **RAYMOND J. FARRELL** of **MATAWAN**, who was admitted to the bar of this State in 1980, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **RAYMOND J. FARRELL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.